IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| POLAROID CORPORATION, et al., | : | Bankruptcy No. 01-10864 PJW |
| Debtors. | : | Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : | |
| Plaintiff, | : | |
| | : | Adv. No. 03-56411 |
| v. | : | |
| | : | Civil Action No. 04-657 JJF |
| JOHN JENKINS, | : | |
| Defendant. | : | |

## ORDER

WHEREAS, Defendant filed a Motion To Dismiss in Bankruptcy Court (BK D.I. 6);

WHEREAS, on December 20, 2004, the parties filed a Status Report (D.I. 9) stating that settlement in the above-captioned matter is pending;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Dismiss (BK D.I. 6) is **DENIED** with leave to renew.

March 2X, 2005
DATE

UNITED STATES DISTRICT JUDGE