IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS, on Behalf of<br>the Estates of Polaroid Corporation et al.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JENKINS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-657-SLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses.  This case is hereby closed.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
mminella@ycst.com

-and-

KELLEY DRYE & WARREN LLP
Douglas E. Julie
101 Park Avenue
New York,  New York 10178
(212) 803-7800

Attorneys for Plaintiff

LOIZIDES & ASSOCIATES P.A.

_____
Christopher D. Loizides (No. 3968)
1223 King Street, Suite 800
Wilmington, Delaware  19801
(302) 654-0248
loizides@loizides.com

-and-

MINTZ, LEVIN, COHN, FERRIS
GLOVSKY AND POPEO P.C.
William W. Lannel
Kevin J. Walsh
Stephen E. Cooper
One Financial Center
Boston, Massachusetts  02111
(617) 542-6000

Attorneys for Defendant

SO ORDERED:

Dated:_____        _____